IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR162 |
| | ) | |
| EZEQUIEL MORALES-GARCIA, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion to Compel Discovery [19].  The government shall file its response to the motion on or before June 12, 2008.

    IT IS SO ORDERED.

    Dated this 2nd day of June, 2008.

    BY THE COURT:

    s/ F.A. Gossett
    United States Magistrate Judge